UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT THROWER, on behalf of CAROLINAS ELECTRICAL WORKERS RETIREMENT FUND; NATIONAL ELECTRICAL BENEFIT FUND; and FAMILY MEDICAL CARE PLAN,<br><br>    Plaintiffs,<br><br>v.<br><br>GLOBAL TEAM ELECTRIC, LLC; CALVIN GODWIN; and DARMELLEON LEE,<br><br>    Defendants. | Civil Action No. 3:20-cv-00392<br>Judge Crenshaw<br>Magistrate Frensley |

## MOTION FOR DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANT DARMELLEON LEE

The Clerk entered default in this action against Defendant Darmelleon Lee on September 22, 2020, Dkt. 39, for failure to answer Plaintiffs' Amended Complaint for payment of delinquent contributions to three Taft-Hartley employee pension and health benefit funds. Plaintiff Scott Thrower, in his capacity as a fiduciary acting on behalf of the Carolinas Electrical Workers Retirement Fund, the National Electrical Benefit Fund, and the Family Medical Care Plan ("Plaintiff Funds"), now moves the Clerk to enter judgment against Defendant Lee in the specified sum certain owed to each Plaintiff pursuant to Fed. R. Civ. P. 55(b)(1).

In support of this Motion, the Plaintiff Funds file a memorandum of law and three declarations contemporaneously.

{001158/20259/00554416.DOCX / Ver.1}

This the 1st day of July, 2021.    Respectfully submitted,

/s/ Karla M. Campbell
Karla M. Campbell, BPR No. 27132
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
Tel. (615) 254-8801
Email:  karlac@bsjfirm.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served via first-class U. S. Mail, postage pre-paid, to the following:

Global Team Electric, LLC
c/o Registered Agent: Nikki Vinson
609 S. King Ave.
Dunn, NC   28334

Calvin Godwin
15036 Wind Whisperer Dr.
Odesa, FL   33556

Darmelleon Lee
11418 Gold Pan Rd.
Charlotte, NC   28215

Darmelleon Lee
P.O. Box 44114
Charlotte, NC   28215

This 1st day of July, 2021.

/s/ Karla M. Campbell
Karla M. Campbell